IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICKEY MOBLEY | : | |
|     Plaintiff | : | |
| v. | : | Civil Action No. AMD-07-2790 |
| JCI, MEDICAL CONTRACTOR, DR. MULETTA, and P.A. MOSS | : | |
|     Defendants | : | |

...o0o...

MEMORANDUM

This civil rights action was filed on October 15, 2007. Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis. Plaintiff, an inmate at Jessup Correctional Institution (JCI), seeks to resurrect a civil rights claim filed previously concerning medical treatment for his broken leg[1] and asserts that his medically prescribed diet is not being provided. Paper No. 1.

Plaintiff has accumulated three or more dismissals of prior prisoner civil rights actions pursuant to 28 U.S.C. § 1915(e).[2] The statute precludes a prisoner litigant such as plaintiff from filing a prisoner civil action *in forma pauperis* unless he can show that he is in "imminent danger of serious physical injury." Under 28 U.S.C. § 1915(g) the complaint must be evaluated to determine whether the claim meets the "imminent danger" exception.

Plaintiff's claims concern transfers between prisons and the effect the transfers had on plaintiff's prescribed dietary requirements. Paper No. 1. In addition plaintiff's allegations concerning his fractured leg assert claims which were previously adjudicated by this court and are barred by

---

[1] *See Mobley v. State of Maryland*, Civil Action No. AMD-05-1664 (D. Md. 2005).

[2] *See Mobley v. The Swan Motel*, Civil Action AMD-97-2963 (D. Md. 1997); *Mobley v. Calhoun*, Civil Action AMD-97-2964 (D. Md. 1997); and *Mobley v. Governor*, Civil Action AMD-01-1947 (D. Md. 2001).

principles of *res judicata.*[3] Plaintiff's previous civil rights action was dismissed on defendants' motion for summary judgment. *See Mobley v. State of Maryland*, *et al.*, Civil Action No. AMD-05-1664 (D. Md. 2005). Plaintiff's physical safety is not endangered; and the complaint does not allege any real threat of harm. Accordingly, the case shall be dismissed. An Order follows.


Date: October 26, 2007                                            _/s/_____
                                                                                  Andre M. Davis
                                                                                  United States District Judge

---

[3]*See Montana v. United States*, 440 U. S. 145, 153 (1979) final judgment on the merits bars further claims by the parties or their privies based on the same cause of action).